# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RTV MEDIA CORPORATION,<br>    Petitioner,<br><br>    v.<br><br>SEAN LANCI,<br>    Respondent. | CV 18-7455 DSF<br><br>JUDGMENT |

    Having confirmed the arbitration award made in <u>RTV Media Corp. v. Sean Lanci</u>, AAA Arbitration 01-17-0002-4375,

    IT IS ORDERED AND ADJUDGED that Petitioner is to recover from Respondent $72,650 as awarded by the arbitrator plus attorney's fees and costs incurred in confirming the arbitration award.

Date: March 19, 2019

                                                  Dale S. Fischer<br>
                                                  United States District Judge